WATSON, Appellant, vs. CHICAGO PORTRAIT COMPANY, imp., Respondent.

For the appellant: *H. B. Rogers* of Portage.

For the respondent: *Grady, Farnsworth & Walker* of Portage.

*By the Court.*—Order affirmed.

BISHOP, JR., Administrator, Appellant, vs. ESTATE OF COAD, Respondent.

For the appellant: *Fiedler, Jackson & Boardman* of Mineral Point.

For the respondent: *Priestley & Burke* of Mineral Point.

*By the Court.*—Judgment affirmed.

CASS, Respondent, vs. CITY OF CLINTONVILLE, Appellant.

For the appellant: *Roy H. Morris* of Clintonville.

For the respondent: *Brunner & Brunner* of Clintonville.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on June 4, 1929.